# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TIFFANY HAIRE | § |
| | § |
| v. | § CIVIL ACTION NO. 3:21-CV-3127-S-BK |
| | § |
| 5445 CARUTH HAVEN LANE | § |
| APARTMENTS OWNER LLC, et al. | § |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 100. Plaintiff filed objections. *See* ECF No. 111. The District Court reviewed *de novo* those portions of the Findings, Conclusions, and Recommendation to which objections were made. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against Defendants Libby Hassell, Jennifer Morris, Jennifer Styers, and Carolyn Tyler are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED.**

SIGNED September 7, 2022.

**UNITED STATES DISTRICT JUDGE**