# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY HAIRE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-3127-S-BK |
| | § | |
| 5445 CARUTH HAVEN LANE | § | |
| APARTMENTS OWNER LLC, LINCOLN | § | |
| PROPERTY COMPANY, INC., TRAVIS | § | |
| BOWELS, NIKKI SALDANA, ELIA | § | |
| NIETO, LIBBY HASSELL, JENNIFER | § | |
| MORRIS, JENNIFER STYERS, | § | |
| CAROLYN TAYLOR, UBS REALTY | § | |
| INVESTORS LLC, BHAVIN PAREKH, | § | |
| and JENNIFER L. OWEN | § | |

## AMENDED ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 100. Plaintiff filed objections. *See* ECF No. 111. The District Court reviewed *de novo* those portions of the Findings, Conclusions, and Recommendation to which objections were made. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against Defendants Libby Hassell, Jennifer Morris, Jennifer Styers, and Carolyn Taylor are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED.**

SIGNED September 8, 2022.

_____
**UNITED STATES DISTRICT JUDGE**