# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TIFFANY HAIRE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-3127-S-BK |
| | § | |
| 5445 CARUTH HAVEN LANE | § | |
| APARTMENTS OWNER LLC, LINCOLN | § | |
| PROPERTY COMPANY, INC., TRAVIS | § | |
| BOWELS, NIKKI SALDANA, ELIA | § | |
| NIETO, UBS REALTY INVESTORS | § | |
| LLC, BHAVIN PAREKH, and JENNIFER | § | |
| L. OWEN | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 119. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion to Set Aside Amended Judgment [ECF No. 117] is **DENIED**.

**SO ORDERED.**

SIGNED October 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**