# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TIFFANY HAIRE § <br> § <br> v. § <br> § <br> 5445 CARUTH HAVEN LANE § <br> APARTMENTS OWNER LLC, LINCOLN § <br> PROPERTY COMPANY INC., TRAVIS § <br> BOWELS, NIKKI SALDANA, ELIA § <br> NIETO, UBS REALTY INVESTORS LLC, § <br> BHAVIN PAREKH, and JENNIFER L. § <br> OWEN § | CIVIL ACTION NO. 3:21-CV-3127-S-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. ECF No. 155. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Jennifer L. Owen's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Under Federal Rule of Civil Procedure 12 [ECF No. 93] is **GRANTED** and Plaintiff's case against Defendant Jennifer L. Owen is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

SIGNED March 9, 2023.

_____
**UNITED STATES DISTRICT JUDGE**