# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| TIFFANY HAIRE § § v. § § 5445 CARUTH HAVEN LANE § APARTMENTS OWNER LLC, § LINCOLN PROPERTY COMPANY § INC., TRAVIS BOWELS, NIKKI § SALDANA, ELIA NIETO, UBS § REALTY INVESTORS LLC, BHAVIN § PAREKH, and JENNIFER L. OWEN § | CIVIL ACTION NO. 3:21-CV-3127-S-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. ECF No. 167. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 13, 2023.

_____
**UNITED STATES DISTRICT JUDGE**